PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

WALTER J. HIMMELREICH,          )
                                      )  CASE NO.  4:10CV2404

          Plaintiff,         )
                                      )

          v.                  )  JUDGE BENITA Y. PEARSON
                                      )

FEDERAL BUREAU OF PRISONS, *et al.*,   )
                                      )  **JUDGMENT ENTRY**

          Defendants.       )

For the reasons set forth in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, Defendant's Renewed Motion for Summary Judgment (ECF No. 183) is granted.

This ruling concludes the case.  The matter is resolved in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.

October 7, 2022                                */s/ Benita Y. Pearson*
Date                                      Benita Y. Pearson
                                          United States District Judge